IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KHYRAH PHILPOTT, Individually and as Co-Personal Representatives of the Estate of Cameron Philpott; and CORY PHILLIPS, individually and as Co-Personal Representatives of the Estate of Cameron Philpott;<br><br>Plaintiffs,<br><br>vs.<br><br>EVENFLO COMPANY, INC., an Ohio Corporation;  AMSAFE, INC.,  SHIELD RESTRAINT SYSTEMS, INC.,  WAL-MART STORES, INC.,  DOE COMPANIES #1-5, DOE INDIVIDUALS #1-5, and  A JOINT VENTURE CONSISTING OF TWO OR MORE DEFENDANTS,<br><br>Defendants. | 8:20CV3112<br><br>ORDER |

This matter comes before the Court on the Parties' Joint Stipulation to Dismiss Defendants Evenflo Company, Inc. and Wal-Mart Stores, Inc. (Filing No. 39).  Just cause for the Motion being demonstrated, the Court finds that Parties' Joint Stipulation to Dismiss Defendants Evenflo Company, Inc. and Wal-Mart Stores, Inc. should be granted.

IT IS THEREFORE ORDERED that Evenflo Company, Inc. and Wal-Mart Stores, Inc. be dismissed from the above captioned matter with prejudice.  Defendants Amsafe, Inc. and Shield Restraint Systems, Inc. are to remain defendants in this action.

Dated this 15th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge