IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KHYRAH PHILPOTT, Individually and as Co-Personal Representatives of the Estate of Cameron Philpott; and CORY PHILLIPS, individually and as Co-Personal Representatives of the Estate of Cameron Philpott;<br><br>Plaintiffs,<br><br>vs.<br><br>EVENFLO COMPANY, INC., an Ohio Corporation; AMSAFE, INC., SHIELD RESTRAINT SYSTEMS, INC., WAL-MART STORES, INC., DOE COMPANIES #1-5, DOE INDIVIDUALS #1-5, and A JOINT VENTURE CONSISTING OF TWO OR MORE DEFENDANTS,<br><br>Defendants. | 8:20CV3112<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 87). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear its own costs and expenses.

Dated this 20th day of September, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge